IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| *Plaintiff,* | ) ) ) | |
| v. | ) ) | Case No. 3:91-00646 |
| HAZEL J. MORGAN, | ) ) ) | Judge Nixon<br>Magistrate Judge Knowles |
| *Defendant.* | ) ) | |

## ORDER

Pending before the Court is Defendant Hazel Morgan's Motion to be Released From All Loans Stated Past Due From 04/82 - 12/87 ("Defendant's Motion") (Doc. No. 4), to which Plaintiff filed a Response (Doc. No. 5). On January 7, 2009, the Magistrate Judge issued a Report and Recommendation ("Report") (Doc. No. 10), recommending that Defendant's Motion be denied. No timely objections have been filed.

Upon review, the Court finds the Report to be well-founded and thus **ADOPTS** the Report in its entirety. Therefore, Defendant's Motion is **DENIED**.

It is so ORDERED.

Entered this ___15th___ day of April, 2009.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT